IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRACY GRAHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. **3:25-CV-2508-L-BK** |
| | § | |
| **CREDIT ONE BANK, N.A.,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

On November 25, 2025, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 13) was entered, recommending that the court deny pro se Plaintiff Tracy Graham's ("Plaintiff") Motion to Remand (Doc. 6). In support of this recommendation, the magistrate judge rejected the following arguments by Plaintiff as inconsistent with the record in this case: (1) Defendant's Notice of Removal was not filed within 30 days; (2) federal question jurisdiction is lacking because Plaintiff's claim only arise under state law; and (3) Defendant failed to comply with other procedural, statutory removal requirements.  No objections to the Report were filed, and the 14-day deadline for filing objections has long since expired.

Having considered the Motion to Remand, Plaintiff's pleadings, the file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **denies** Plaintiff's Motion to Remand (Doc. 6).

**It is so ordered** this 29th day of June, 2026.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**